

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Keith D. Parr, P.C.
Registered Patent Attorney
Direct Telephone: 312-443-0497
Direct Fax: 312-896-6497
kparr@lockelord.com

February 1, 2018

The Honorable Rebecca R. Pallmeyer, U.S.D.J.
United States District Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2146
Chicago, IL 60604

Re:  *GS CleanTech Corporation v. Adkins Energy LLC*, No. 10-cv-4391 (N.D. Ill.)

Dear Judge Pallmeyer:

We represent Adkins Energy LLC in the above-referenced matter. We write to inform the Court of Judge Miller's order today denying CleanTech's motion for reconsideration filed in the Multidistrict Litigation in Southern District of Indiana, of which this action was once a part. *See In re '858 Patent Litig.*, No. 10-ml-2181, D.I. 1735. A copy of Judge Miller's decision is attached for the Court's convenience and ready reference.

We appreciate the Court's attention to and consideration of this matter.

Respectfully submitted,

LOCKE LORD LLP

Keith D. Parr, P.C.

cc:  All counsel of record (via CM/ECF)

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | Morristown | New Orleans | New York | Providence | San Francisco | Stamford | Washington DC | West Palm Beach